UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-56, 24-73

**Caption [use short title]**

**Motion for:** Withdraw the Consolidated Appeal

Chen et al. v. Hunan Manor Enteprise Inc. et al. (same caption both appeals)

Set forth below precise, complete statement of relief sought:

Appellants under dockets 24-56, 24-73 have determined to withdraw their consolidated appeals on the basis of financial exigency. There is no money to prosecute the consolidated appeal.

**MOVING PARTY:** Appellants (all)
**OPPOSING PARTY:** Chen et al. (plaintiffs-appellees)

☐ Plaintiff    ☒ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Michael R. Curran/Eric Li, Esqs.
**OPPOSING ATTORNEY:** John Troy, Esq.

[name of attorney, with firm, address, phone number and e-mail]

36-09 Main Street, Suite 9B-2, Flushing, New York 11355
(347) 549-2079 (tel.) mrc4law@yahoo.com
Binghen Li, Esq./Law Off. B. Li/39-07 Prince St./Flushing

Troy Law PLLC, 41-25 Kissena Blvd Suite 103
Flushing, New York 11355
718-762-1324, johntroy@troypllc.com

**Court- Judge/ Agency appealed from:** Southern District of New York, Hon. George B. Daniels, Senior District Judge

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes  ☒ No (explain): Parties have been deeply antagonistic of one another throughout the litigation

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☒ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:
No emergency, but requested return date is October 16, 2024

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☒ Yes  ☐ No  If yes, enter date: 09/11/2024 (to perfect)

**Signature of Moving Attorney:**
s/Michael R. Curran    **Date:** 09/16/2024    **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)